# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

No. 1D19-4274

—————————————————

WILLIAM MICHAEL LAMB,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

—————————————————

On appeal from the Circuit Court for Clay County.
Don H. Lester, Judge.

September 30, 2020

PER CURIAM.

AFFIRMED.

BILBREY, WINOKUR, and TANENBAUM, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

William Michael Lamb, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.